UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 28, 2015

No. 14-2996

Musa Sesay,
                    Petitioner

v.

Attorney General United States,
                    Respondent

(Agency No.  A094-244-759)

Present:  RENDELL, SMITH and KRAUSE, Circuit Judges

    1. Motion by Respondent to amend the decision.

                                        Respectfully,
                                        Clerk/tyw

_____ORDER_____

        The foregoing motion to amend is hereby granted. Accordingly, in the final sentence of footnote 7 on page 15, the phrase "a letter to opposing counsel" is amended to read "a letter to the Department of Homeland Security."


                                        By the Court,


                                        s/ Cheryl Ann Krause
                                        Circuit Judge


Dated:        June 1, 2015
tyw/cc:       Thomas V. Massucci, Esq.
              Jeffrey L. Menkin, Esq.
              Benjamin Zeitlin, Esq.